BALE, solicitor-general, *v.* ATLANTIC ICE AND COAL CORPORATION.

HILL, J. The evidence was not such as to require a finding by the trial judge that the defendant was committing a public nuisance, and there was no abuse of discretion in refusing to grant the injunction prayed for.                    *Judgment affirmed. All the Justices concur.*
                    MARCH 13, 1912.

Petition for injunction. Before Judge Maddox. Floyd superior court. November 25, 1911.

*John W. Bale* and *Denny & Wright,* for plaintiff.

*Max Meyerhardt, Maddox & Doyal,* and *Payne & Jones,* contra.